B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>**GARVEY COURT, LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>182 West Lake Street, suite 200<br>Chicago, IL   60601<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Cook**<br>ZIP CODE **60601** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED |
|---|
| ☑ Chapter 7     ☐ Chapter 11 |

| INFORMATION REGARDING DEBTOR (Check applicable boxes) |||
|---|---|---|
| **Nature of Debts**<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | **Nature of Business**<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER<br>OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.) |||
|---|---|---|
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.  ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.  ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                              or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __GARVEY COURT, LLC__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| x _Tom R_____ | x _Paul M. Bauman_  12/15/14 |
| Signature of Petitioner or Representative (State title) <br> TOM ROSSINI | Signature of Attorney                                 Date <br> Adelman & Gettleman, Ltd. |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) <br> 53 West Jackson Street, suite 1050, Chicago, IL 60604 |
| Name & Mailing Address of Individual Signing in Representative Capacity <br> TOM ROSSINI <br> 15145 Chestnut Lane <br> Oak Forest, IL  60452 | Address <br> (312) 435-1050 <br> Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) <br> JOHN MARKUNAS | Signature of Attorney                                 Date <br> Adelman & Gettleman, Ltd. |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) <br> 53 West Jackson Street, suite 1050, Chicago, IL 60604 |
| Name & Mailing Address of Individual Signing in Representative Capacity <br> JOHN MARKUNAS <br> 4825 West 106th Street <br> Oak Lawn, IL  60453 | Address <br> (312) 435-1050 <br> Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) <br> PETER MACUIBA | Signature of Attorney                                 Date <br> Adelman & Gettleman, Ltd. |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) <br> 53 West Jackson Street, suite 1050, Chicago, IL 60604 |
| Name & Mailing Address of Individual Signing in Representative Capacity <br> PETER MACUIBA <br> 2626 North Lakeview, <br> #2205, Chicago, IL  60614 | Address <br> (312) 435-1050 <br> Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner <br> TOM ROSSINI (see above) | Nature of Claim <br> Promissory Note | Amount of Claim * <br> 47,091.65 |
| Name and Address of Petitioner <br> JOHN MARKUNAS (see above) | Nature of Claim <br> Promissory Note | Amount of Claim * <br> 66,106.22 |
| Name and Address of Petitioner <br> PETER MACUIBA (see above) | Nature of Claim <br> Promissory Note | Amount of Claim * <br> 42,416.51 |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' ** <br> Claims <br> 187,357.28 |
| ___1___ continuation sheets attached | | *+ interest, fees and costs <br> **total of all four petitioners' claims |

2/15/2014 12:41 PM    7084225061    →Fax    □3

B 5 (Official Form 5) (12/07) – Page 2      Name of Debtor __GARVEY COURT, LLC__

Case No. _____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
|---|---|
| x _____ <br> **TOM ROSSINI** <br> Name of Petitioner    Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> TOM ROSSINI <br> 15145 Chestnut Lane <br> Oak Forest, IL 60452 | x _____ <br> Adelman & Gettleman, Ltd. <br> Name of Attorney Firm (If any) <br> 53 West Jackson Street, suite 1050, Chicago, IL 60604 <br> Address <br> (312) 435-1050 <br> Telephone No. |
| x /s/ John Markunas <br> **JOHN MARKUNAS**    12/15/14 <br> Name of Petitioner    Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> JOHN MARKUNAS <br> 4825 West 106th Street <br> Oak Lawn, IL 60453 | x /s/ _____ 12/15/14 <br> Signature of Attorney    Date <br> Adelman & Gettleman, Ltd. <br> Name of Attorney Firm (If any) <br> 53 West Jackson Street, suite 1050, Chicago, IL 60604 <br> Address <br> (312) 435-1050 <br> Telephone No. |
| x _____ <br> **PETER MACUIBA** <br> Name of Petitioner    Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> PETER MACUIBA <br> 2626 North Lakeview, <br> #2205, Chicago, IL 60614 | x _____ <br> Adelman & Gettleman, Ltd. <br> Name of Attorney Firm (If any) <br> 53 West Jackson Street, suite 1050, Chicago, IL 60604 <br> Address <br> (312) 435-1050 <br> Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| TOM ROSSINI (see above) | Promissory Note | 47,091.65 * |
| JOHN MARKUNAS (see above) | Promissory Note | 66,106.22 * |
| PETER MACUIBA (see above) | Promissory Note | 42,416.51 * |
|  |  | **Total Amount of Petitioners' Claims** 187,357.28 ** |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

____1____ continuation sheets attached

*+ interest, fees and costs
**total of all four petitioners' claims

Name of Debtor: GARVEY COURT LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x _____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| TOM ROSSINI | Adelman & Gettleman, Ltd. |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| | 53 West Jackson Street, suite 1050, Chicago, IL 60604 |
| Name & Mailing    TOM ROSSINI | Address |
| Address of Individual  15145 Chestnut Lane | (312) 435-1050 |
| Signing in Representative  Oak Forest, IL  60452 | Telephone No. |
| Capacity | |

| x _____ | x _____ Date |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney |
| JOHN MARKUNAS | Adelman & Gettleman, Ltd. |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| | 53 West Jackson Street, suite 1050, Chicago, IL 60604 |
| Name & Mailing    JOHN MARKUNAS | Address |
| Address of Individual  4825 West 106th Street | (312) 435-1050 |
| Signing in Representative  Oak Lawn, IL  60453 | Telephone No. |
| Capacity | |

| x [signature]  12/12/2014 | x [signature]  12/5/14 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney           Date |
| PETER MACUIBA | Adelman & Gettleman, Ltd. |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| | 53 West Jackson Street, suite 1050, Chicago, IL 60604 |
| Name & Mailing    PETER MACUIBA | Address |
| Address of Individual  2626 North Lakeview, | (312) 435-1050 |
| Signing in Representative  #2205, Chicago, IL 60614 | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim * |
|---|---|---|
| TOM ROSSINI (see above) | Promissory Note | 47,091.65 |
| JOHN MARKUNAS (see above) | Promissory Note | 66,106.22 |
| PETER MACUIBA (see above) | Promissory Note | 42,416.51 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims ** | 187,357.28 |

___ continuation sheets attached

\* + interest, fees and costs
\*\* total of all four petitioners' claims

B 5 (Official Form 5) (12/07)   Page 2

Name of Debtor __GARVEY COURT, LLC__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _/s/ Julie Rossini_                                   x _/s/ [signature]_ 12/15/14
Signature of Petitioner or Representative (State title)    Signature of Attorney                    Date
JULIE ROSSINI    12-12-2014                           Adelman & Gettleman, Ltd.
Name of Petitioner    Date Signed                      Name of Attorney Firm (If any)
                                                       53 West Jackson Street, suite 1050, Chicago, IL 60604
Name & Mailing         JULIE ROSSINI                   Address
Address of Individual  15145 Chestnut Lane             (312) 435-1050
Signing in Representative  Oak Forest, IL  60452       Telephone No.
Capacity

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| JULIE ROSSINI (see above) | Promissory Note | 31,742.90 * |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims **    187,357.28

_____ continuation sheets attached

\* interest, fees and costs
\*\* total of all four petitioners' claims